

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

### NO. 2-08-245-CV

ROBERT STEVEN LABOON                                      APPELLANTS
AND JENNIFER LABOON

V.

STRUCTURED FOUNDATION REPAIRS, INC.                      APPELLEES
AND ITS AGENT, CHRIS BAILEY

----------

## FROM THE 141ST DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered "Appellants' Motion To Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellants, for which let execution issue. *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL: LIVINGSTON, DAUPHINOT, and HOLMAN, JJ.

DELIVERED: October 30, 2008

---

[1] *See* Tex. R. App. P. 47.4.